UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: EDCV 21-00183 VAP (RAO)  Date: July 29, 2021
Title: Tyrone Mason et al. v. People of the State of California et al.

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE**

    On March 24, 2021, the Court issued an order dismissing Plaintiff's Complaint with leave to amend. Dkt. No. 14. The Court set a deadline for Plaintiff to file an amended complaint and a request to proceed without prepayment of filing fees ("IFP Request") of April 23, 2021. *Id.* On May 4, 2021, the Court granted Plaintiff an extension of time to June 4, 2021 to file an amended complaint and IFP Request. Dkt. No. 16. On May 17, 2021, Plaintiff filed a request for extension of time. Dkt. No. 17. The Court granted Plaintiff's request in part and extended his deadline to file an amended complaint and IFP request by one month to July 6, 2021. Dkt. No. 18. To date, Plaintiff has not filed an amended complaint or IFP request.

    **Plaintiff is ordered to show cause, in writing, no later than <u>August 30, 2021</u>,** why this action should not be dismissed for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). Alternatively, Plaintiff may discharge this Order by filing a First Amended Complaint and IFP Request on or before this deadline.

    **Plaintiff is expressly advised that failure to timely file a response to this Order will result in a recommendation that this action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).**

    IT IS SO ORDERED.

Initials of Preparer : dl